UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE D. DANESHVAR,

    Plaintiff,

v.

DARYL R. KIPKE and
NEURONEXUS
TECHNOLOGIES, INC.,

    Defendants.
_____/

Case No. 2:13-cv-13096
Judge Stephen J. Murphy, III
Magistrate Judge Anthony P. Patti

## BRIEFING SCHEDULING and NOTICE OF HEARING REGARDING SEVERAL MOTIONS (DE 49, DE 52 and DE 77)

Currently before the Court are Defendants' June 1, 2015 motion for sanctions (DE 49), Plaintiff's June 12, 2015 motion to compel (DE 52) and Defendants' September 24, 2015 motion to compel (DE 77), each of which has been referred to me. *See* DEs 51, 63 and 78. On October 1, 2015, I conducted a telephonic status conference regarding these motions with counsel for the parties, attorneys Casey Lee Griffith (TX) and James R. Muldoon (NY). Consistent with that discussion, the following deadlines were set:

1. On or before October 5, 2015, the "share purchase agreement" shall be produced by Defendants to Plaintiff.

2. On or before October 8, 2015, Plaintiff shall file a response to Defendants' motion to compel (DE 77). On or before October 13, 2015, Defendants shall file a reply.

3. Also on October 13, 2015, the parties shall submit a supplemental joint statement of resolved and unresolved issues regarding Defendants' motion for sanctions (DE 49) and Plaintiff's motion to compel (DE 52). This shall including, among other things, information as to whether the original joint statement (DE 79) is revised and whether production of the "share purchase agreement" has narrowed or eliminated the issues before the Court regarding Plaintiff's related motion to compel (DE 52).

4. On or before October 14, 2015, the parties shall submit a joint statement of resolved and unresolved issues regarding the September 24, 2015 motion to compel (DE 77).

5. On October 15, 2015, at 10 a.m., the parties are to appear for a hearing in my courtroom (on the 6th Floor of the Theodore Levin U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226).

6. The parties are encouraged to submit stipulated orders or any resolved issues, so as to allow enforcement thereof.

**IT IS SO ORDERED.**

Dated: October 2, 2015         s/Anthony P. Patti
                               Anthony P. Patti
                               UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on October 2, 2015, electronically and/or by U.S. Mail.

                               s/Michael Williams
                               Case Manager for the
                               Honorable Anthony P. Patti