UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE D. DANESHVAR,

      Plaintiff,

v.

DARYL R. KIPKE and
NEURONEXUS
TECHNOLOGIES, INC.,

      Defendants.
_____/

Case No. 2:13-cv-13096
Judge Stephen J. Murphy, III
Magistrate Judge Anthony P. Patti

**SCHEDULING ORDER REGARDING
DEFENDANTS' SEPTEMBER 30, 2015 MOTION TO STRIKE EXPERT
TESTIMONY OF EUGENE D. DANESHVAR (DE 81)**

Currently before the Court is Defendants' September 30, 2015 motion to strike expert testimony of Eugene D. Daneshvar, regarding which a response and a reply have been filed. (DEs 81, 82, 90 and 95.) Judge Murphy has referred this motion to me for hearing and determination. (DE 93.)

Previously, on October 15, 2015, I conducted a hearing on two discovery motions (DEs 52 and 77), at which time I discussed the importance of compliance with E.D. Mich. LR 7.1(a) ("Seeking Concurrence in Motions and Requests."). Looking at the instant motion, there is no statement of compliance with E.D. Mich. LR 7.1. (*See* DE 81 at 1-3.)

Of course the instant September 30, 2015 motion (DE 81) was filed in advance of the Court's October 15, 2015 warning. Still, while the Court will not deny or strike the instant motion solely on the basis of a failure to comply with E.D. Mich. LR 7.1(a), the Court will also not consider it or set it for hearing until it receives a supplemental statement of compliance with Local Rule 7.1(a). If the Court does not receive such certification within fourteen (14) days of the date of this order, the instant motion will be stricken or denied on the basis that it does not comply with E.D. Mich. LR 7.1(a).

**IT IS SO ORDERED.**

Dated: October 28, 2015

s/ Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 28, 2015, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti